```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

    DEC 1 6 2022

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

## MULTI-DISTRICT LITIGATION

JUSTIN ROBERT ALLEN

AND THOSE SIMILARLY SITUATED

PLAINTIFF

COMPLAINT # CV-22-2132-PHX-SMB

V.

US BANK NA, US BANCORP ASSET MANAGEMENT,

AMERICAN ARBITRATION ASSOCIATION INC; WOLTERS AND KLUWER NORTH AMERICA INC; KILPATRICK & TOWNSEND ATTORNIES WORKING IN A PROFESSIONAL CAPACITY FOR AMERICAN ARBITRATION INC; 1-100 UNKNOWN CORPORATE EXECUTIVES; EMPLOYEE WORKING AS "CISO" FOR US BANK SOUTH DAKOTA AKA JUSTIN T ALLEN; us bank auto escheatment administrator "Becky"; ERNST & YOUNG, LLP; A REGISTERED PUBLIC ACCOUNTING FIRM;

### COMPLAINT FOR THE CONVERSION OF PROPERTY
### (28 U.S.C. § 1332; Diversity of Citizenship,

### DEMAND FOR PERFORMANCE OF CONVEYANCE OF A CONTRACT (28 U.S.C. § 1332; Diversity of Citizenship

REQUEST FOR EMERGENCY RESTRAINING ORDER AND INJUNCTION AND ORDER IN FAVOR OF THE PLAINTIFF FOR SUMMARY JUDGEMENT AND DAMAGES IN THE AMOUNT OF $21,000,000.00

### 1. INTRODUCTION

### POINTS OF AUTHORITY AND LAW OF THE LAND

### CIVIL RICO TORT FILED PRO SE FILED UNDER SEAL PURSUANT TO:

18 U.S.C. 1962

*12 U.S.C. §§ 5531 and 5536.

*28 U.S.C. §§1331.

*Federal Communications Act ("FCA") at 47 U.S.C. §222, the Stored Communications Act ("SCA") at 18 U.S.C. §2701, and the Computer Fraud and Abuse Act ("CFAA") at 18 U.S.C. §1030.

## *18 USC Ch. 25: COUNTERFEITING AND FORGERY

### §471. Obligations or securities of United States

Whoever, with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or other security of the United States, shall be fined under this title, or imprisoned not more than 20 years, or both.

(June 25, 1948, ch. 645, 62 Stat. 705; Pub. L. 103–322, title XXXIII, §330016(1)(K), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 107–56, title III, §374(b), Oct. 26, 2001, 115 Stat. 340.)

VIOLATIONS OF REGULATION AB UNDER THE SECURITIES EXCHANGE ACT OF 1934 BY THE FRAUDULENT MISREPRESENTATION OF THE SERVICER COMPLIANCE STATEMENT PURSUANT TO ITEM 1123

Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq., and its implementing regulation, Regulation Z, 12 C.F.R. part 1026; the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681b(f); and the Truth in Savings Act (TISA), 12 U.S.C. § 4301 et seq., and its implementing regulation, Regulation DD, 12 C.F.R. part 1030; and the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531 and 5536.

*15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692-1692p, the "Fair Debt Collection Practices Act."

### The Parties

1. AT ALL TIMES THE PLAINTIFF, JUSTIN ROBERT ALLEN, is and was a resident of PHOENIX, AZ.

2. Defendant, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,

is a corporation incorporated under the laws of OHIO

and having a central office at 800 NICOLLET MALL MINNEAPOLIS, MN 55402, PHONE NUMBER: 1-800-USBANKS WITH A REGISTERED AGENT AT:

| REGISTERED AGENT INFORMATION | | | |
|---|---|---|---|
| Name: | C T CORPORATION SYSTEM | | |
| Address: | 4400 EASTON COMMONS WAY SUITE 125 | | |
| City: | COLUMBUS | County: | OHIO |
| State: | OH | Postal Code: | 43219 |

https://businesssearch.ohiosos.gov?=businessDetails/4833406

3. Defendant, US BANK NATIONAL ASSOCIATION/ LINDA D. BIDON, IS A CORPORATION registered with the OHIO CORPORATION COMMISION and having a central office at 800 NICOLLET MALL MINNEAPOLIS, MN 55402, PHONE NUMBER: 1-800-USBANKS WITH A REGISTERED AGENT AT:

| REGISTERED AGENT INFORMATION | | | |
|---|---|---|---|
| Name: | C T CORPORATION SYSTEM | | |
| Address: | 4400 EASTON COMMONS WAY SUITE 125 | | |
| City: | COLUMBUS | County: | OHIO |
| State: | OH | Postal Code: | 43219 |

https://businesssearch.ohiosos.gov?=businessDetails/4373746

4. Defendant, U.S. BANCORP ASSET MANAGEMENT, INC., IS A CORPORATION registered with the ARIZONA CORPORATION COMMISION and having a central office at:
800 NICOLLET MALL 4TH FLOOR

MINNEAPOLIS, MN 55402

AND DOES BUSINESS IN ARIZONA UNDER US BANK BRANCH LOCATIONS AT:

20930 N Tatum Blvd Ste 100

PHOENIX, AZ 85050

& 630 E Bell Rd, Phoenix, AZ 85022

| REGISTERED AGENT INFORMATION | | | |
|---|---|---|---|
| Name: | C T CORPORATION SYSTEM | | |
| Address: | 3800 N. CENTRAL AVE SUITE 460 | | |
| City: | PHOENIX | County: MARICOPA | |
| State: | DE | Postal Code: | 85012 |
| Phone: | | | |

DEFENDANTS, PRINCIPALS ADDRESS IS:

THE CORPORATION TRUST COMPANY, INCORPORATED UNDER DELAWARE LAW ADDRESS:

| REGISTERED AGENT INFORMATION | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

6. DEFENDANT, **WOLTERS KLUWER NORTH AMERICA, INC.**, A DOMESTIC DELAWARE CORPORATION, ENTITY ID#874056, DOING BUSINESS IN ALL STATES AND TERRITORIES IN AMERICA, WITH A REGISTERED AGENT ADDRESS AT:

| REGISTERED AGENT INFORMATION | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

7. DEFENDANT, **AMERICAN ARBITRATION ASSOCIATION, INC.**, A FOREIGN CORPORATION, ENTITY ID #3012547, FORMED UNDER THE LAWS OF DELAWARE WITH A PRINCIPAL PLACE OF BUSINESS IN NEW YORK STATE, WITH UNKNOWN ADDRESS, AND REGISTERED AGENT PER DELAWARE CORPORATION COMMISION WEBSITE FOR SERVICE IS:

| Name: | CORPORATION SERVICE COMPANY | | |
|---|---|---|---|
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

DEFENDANT, AMERICAN ARBITRATION INC, DOES BUSINESS IN ARIZONA UNDER SAME NAME AS A FOREIGN NON-PROFIT CORP AZCCID# F00129404 **AND HAS A DIFFERENT REGISTERED AGENTS ADDRESS AS:**

| Name: | CORPORATION SERVICE COMPANY | | |
|---|---|---|---|
| Address: | 8825 N 23rd Avenue, Suite 100 | | |
| City: | PHOENIX | County: | MARICOPA |
| State: | AZ | Postal Code: | 85021 |

1-100 unknown corporate executives and attorney trustees acting as agents for US bank in their official business and personal capacities for willfully using the plaintiffs information to open lines of credit, mortgage's, business revolving credit lines, and fraudulent misrepresentation and breach of fiduciary responsibility in effectuating

"SUBTO" FRAUD USING LOAN SERVICING COMPANIES SET UP UNDER MY INFORMATION TO EFFECTUATE SIGNING THE LOAN SERVICING AGREEMENTS AND PROCESS OF TRANSFERRING OR "RECONVEYANCE OF REAL PROPERTY THROUGH OUT THE UNITED STATES SEE EXHIBIT. IN THE 2006—HE5 US BANK NOTES

## II. JURISDICTION AND VENUE

. This Court has JURISDICTION of Plaintiff's claims pursuant to 28 U.S.C. §§1331, as this case arises under federal statutes, such as the Federal Communications Act ("FCA") at 47 U.S.C. §222, the Stored Communications Act ("SCA") at 18 U.S.C. §2701, and the Computer Fraud and Abuse Act ("CFAA") at 18 U.S.C. §1030.

This Court further has authority over this matter under 18 U.S.C. §1030(g), as this case arises under the Court's federal question jurisdiction and monetary threshold requirements pursuant to the CFAA.

Pursuant to the Court's supplemental jurisdiction under 28 U.S.C. §1367, it may entertain the state law claims as they are derived from a common nucleus of operative facts.

Furthermore, the Court has jurisdiction under 28 U.S.C. §1332 in that the amount in controversy exceeds $75,000.00 and Plaintiff and Defendant are citizens of different states. Plaintiff is a resident of ARIZONA, and Defendants are incorporated in various jurisdictions including Delaware, Ohio, Minnesota, and Arizona. with a principal place of business in the MINNESOTA, NEW YORK STATE, DELAWARE, OHIO, ARIZONA AND INTERNATIONALLY.

Jurisdiction is further proper in this court under the FCA pursuant to the terms of 47 U.S.C. §207.

Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(1)-(3) upon information and belief, and because: a. Plaintiff is a resident of this District; b. The wrongful conduct was directed to and was undertaken within the territory of this District; and c. Defendant conducts a substantial portion of its business in this District.

FURTHER THE COURT HAS JURISDICTION UNDER: *Federal Communications Act ("FCA") at 47 U.S.C. §222, the Stored Communications Act ("SCA") at 18 U.S.C. §2701, and the Computer Fraud and Abuse Act ("CFAA") at 18 U.S.C. §1030.

### *18 USC Ch. 25: COUNTERFEITING AND FORGERY

#### §471. Obligations or securities of United States

Whoever, with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or other security of the United States, shall be fined under this title, or imprisoned not more than 20 years, or both.

(June 25, 1948, ch. 645, 62 Stat. 705; Pub. L. 103–322, title XXXIII, §330016(1)(K), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 107–56, title III, §374(b), Oct. 26, 2001, 115 Stat. 340.)

Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq., and its implementing regulation, Regulation Z, 12 C.F.R. part 1026; the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681b(f); and the Truth in Savings Act (TISA), 12 U.S.C. § 4301 et seq., and its implementing regulation, Regulation DD, 12 C.F.R. part 1030; and the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531 and 5536.

*15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692-1692p, the "Fair Debt Collection Practices Act."

12. WHERFORE,

Plaintiff seeks a reasonable and fair judgment against defendant for willful noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and for defendants willful violations of The Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq., and its implementing regulation, Regulation Z, 12 C.F.R. part 1026; the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681b(f); and the Truth in Savings Act (TISA), 12 U.S.C. § 4301 et seq., and its implementing regulation, Regulation DD, 12 C.F.R. part 1030; and the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531 and 5536.

*15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692-1692p, the "Fair Debt Collection Practices Act."

**Statement of facts and complaint:**

Plaintiff JUSTIN ROBERT ALLEN alleges as follows:

PURSUANT TO:

UNITED STATES OF AMERICA CONSUMER FINANCIAL PROTECTION BUREAU ADMINISTRATIVE PROCEEDING File No. 2022-CFPB-0006 In the Matter of: CONSENT ORDER U.S. Bank National Association

ATTACHED WITH ORDER, FINDINGS & STIPULATION FROM THE CONSUMER FINANCIAL PROTECTION BUREAU REGARDING THESE VERY ACTS AND PLAINTIFF, JUSTIN ROBERT ALLENS,' ATTACHED CONSUMER FINANCIAL PROTECTION BUREAUS COMPLAINT WITH THE DEFENDANT'S RESPONSE OF CLEAR AND CONVINCING EVIDENCE SHOWING FACTUAL OF GROSS MISMANAGEMENT OF THE SAID DEFENDANTS WORKING AS A CRIMINAL ENTERPRISES OPENING MASSIVE AMOUNTS CREDIT THAT WERE OPENED IN VIOLATION OF STATED FEDERAL LAWS AND INTERNATIAL TREATIES.

DEFENDANTS HAVE DESTROYED PLAINTIFFS' IDENTITY THROUGH FRAUDULENT MISREPRESENTATION AND NEGLIGENCE.

DEFENDANTS OPENED IN FICTICIOUS NAMES PROVIDING EXECUTIVES OF SAID DEFENDANTS HAVE CREATED AGAINST THE ABOVE TITLE POINTS OF AUTUHORITY, SPECIFICALLY: **§471. Obligations or securities of United States** - Whoever, with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or

other security of the United States, shall be fined under this title, or imprisoned not more than 20 years, or both. (June 25, 1948, ch. 645, 62 Stat. 705; Pub. L. 103–322, title XXXIII, §330016(1)(K), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 107–56, title III, §374(b), Oct. 26, 2001, 115 Stat. 340.VIOLATIONS OF REGULATION AB UNDER THE SECURITIES EXCHANGE ACT OF 1934 BY THE FRAUDULENT MISREPRESENTATION OF THE SERVICER COMPLIANCE STATEMENT PURSUANT TO ITEM 1123 AND Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq., and its implementing regulation, Regulation Z, 12 C.F.R. part 1026; the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681b(f); and the Truth in Savings Act (TISA), 12 U.S.C. § 4301 et seq., and its implementing regulation, Regulation DD, 12 C.F.R. part 1030; and the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531 and 5536.

LASTLY, *15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692-1692p, the "Fair Debt Collection Practices Act."

PLAINTIFF, JUSTIN ROBERT ALLEN, HAS BEEN THE VICTIM OF A MASSIVE TRUE NAME IDENTITY THEFT RING PERPETRATED BY LEADERS OF OUR CORPORATE BANKS AND ALL NAMED DEFENDANTS AND THIER EMPLOYEES WHO HAVE A MORAL, ETHICAL, AND LEGAL OBLIGATION HOLDING A POSITION OF TRUST IN BANKING AND THESE EXACT PEOPLE PUT IN THESE POSITIONS OF TRUST, OFFICERS AND EMPLOYEES HAVE ALL ALLOWED A MASSIVE FRAUD NOT ONLY ON ME AND MY FAMILY BUT TO MANY OTHER UNKNOWING AMERICANS AND HAVE BEEN A VICTIM OF RETALIATION TO THE FULLEST TO SUPRESS THIS TRUTH.  PLAINTIFF JUSTIN ROBERT ALLEN IS A RESIDENT OF ARIZONA AND ALLEGES THE DEFENDANTS WORKING IN CONJUNCTION WITH ANOTHER IN CONJUNCTION WITH EACH OTHER VIOLATED STATED FEDERAL PRIVACY AND *Federal Communications Act ("FCA") at 47 U.S.C. §222, the Stored Communications Act ("SCA") at 18 U.S.C. §2701, and the Computer Fraud and Abuse Act ("CFAA") at 18 U.S.C. §1030.

DEFENDANTS OPENED UP LOANS, MORTAGAGES, CREDIT CARDS, AUTO LOANS, AND HAVE BREACHED THIER FIDUCIARY RESPONSIBILITIES BY WILLFULLY, INTENTIONALLY AND WITHOUT REGARD IN HIS PERSONAL INFORMATION AND THEN PROCEEDED TO OPEN AND DUPLICATE PROFILES IN VARIATIONS OF HIS NAME, SOCIAL SECURITY NUMBER, AND HAVE DEFRAUDED THE COURT THROUGH FORGED DOCUMENTS, MARRIGE CERTIFICATES, AND EVEN DEATH CERTIFICATES. WHEN DEFENDANTS LEARNS OF MORE DEFENDANTS HE WILL AMEND HIS COMPLAINT, AS GOES FOR ANY OTHER CITIZIN SIMILARRLY SITUATED.

PLAINTIFF ALLEGES VIOLATIONS OF THE FCA BY BRIBING VARIOUS CELLULAR RETAILERS TO OPEN LINES OF CREDIT AND BUSINESS ACCOUNTS TO PROVIDE CELLULAR DEVICES TO THE MULTIPLE "PRIVATE" CLIENTS THEY CATERED TO USING MY INFORMATION. TO FURTHER THE IDENTITY THEFT AND ACCESS ASSETS HELD IN OUR STATE TREASURIES.

PLANTIFF HAS HAD OVER 7000 NOTARIES PERFORMED AND REAL ESTATE RE-CONVEYED THROUGH FORGERY AND FRAUD THESE DEFENDANTS HAVE ACCOMPLISHED THUS FAR AND IS WHY PLAINTIFF REQUESTS AN EMERGENCY INJUNCTION AGAINST THE DEFENDANTS TO FURTHER ACT IN HIS NAME OR AUTHORITY AND CLOSE HIS ONLINE PORTAL TO THE AMERICAN ARBITRATION ASSOCIATION WEBSITE THAT WAS HACKED AND SUBSEQUNTLY ALLOWED A MASSIVE FRAUD IN THE AMERICAN ARBITRATION ASSOCIATION BASED ON FALSE PRETENSES AND SET-UP ARBITRITRATION AGREEMENTS DECIDED BEFOREHAND MAKING THE BUSINESS OF AQUISITIONS FLORISH ON THE BASIC EVILS THESE BANKS HAVE STARTED INTO MOTION.

AS EVIDENCED IN THE ATTACHED EXIBITS FROM THE CFPB AND THE EVIDENCE THAT US BANK HAS DUPLICATED PROFILES AND OPENED CREDIT CARDS WITHOUT MY AUTHORIZATION.

PLAINTIFF BELIEVES THE ARIZONA DEPARTMENT OF CHILD SAFETY HAS DEFRAUDED HIM WITH HIS CHILD AND SERVED THE WRONG INDIVIDUAL WHO WAS A PRISONER IN THE ARIZONA DEPARTMENT OF CORRECTIONS AND ALLOWED ACCESS TO MY DAUGHTER WHILE MY FAMILY WAS SHUT OUT FROM A FOSTER CARE FAMILY IMPERSONATING MY FAMILY. THE IMPERSONATORS BEING BRENDA VALASQUEZ APPOINTED AS A SO-CALLED FOSTER CARE FOR HIS DAUGHTER SKYE ANGEL ALLEN AND THE ARIZONA DEPARTMENT OF CHILD SAFETY TASKED WITH HER SAFETY.

PLAINTIFF FILED A COMLAINTWITH ATT INC FOR THE ATT STORE INVASIONS THAT OCCURED IN THE DALLAS AREA BY CARTEL SEEKING TO KILL HIM. BROADCOM AND ATT WERE GOING THROUGH AN AQUISITION AND HIS CELLULAR DEVICE ON THE ATT NETWORK WAS OVERTAKEN AND PLAINTIFF HAS LEARNED THIS FRAUD WAS SETTLED IN ARBITRATION WITHOUT HIS AUTHORIZATION AND HAS REASON TO BELIEVE IF NOT RESTRAINED THE DEFENDANTS WILL CONTINUE TO COMMIT UNAUTHORIZED TRADES ON A BROKERAGE ACCOUNT THAT HAD 1.2 TRILLION USD IN US GOVERNMENT MONEY MARKET TAX FREE MUNICIPAL BONDS THROUGHOUT THE NATION.

DUE TO ARBITRATION FRAUD AND BAD ACTORS IN THESE ORGANIZATIONS THAT VIOLATED ME AND MY FAMILY AND EVRY OTHER VICTIM IN THIS CASE DESERVE BETTER OVERSIGHT AND ACCOUNTABILITY IN ORDER TO TRUST BANKING EXECUTIVES AGAIN.

PLAINTIFF HAS LEARNED FIDELITY INVESTMENT ADVISORS AND FIDELITY NATIONAL TITLE AGENCY HAS COMMITED THE SAME FRAUD ON HIMSELF AND FAMILY AND HAS SINCE CONVERTED HIS BROKERAGE ACCOUNTS TO ANOTHER PERSON WHO HAS THE SAME NAME AS WELL THROUGH FRAUDULENT MISREPRESENTATION OF MATERIAL FACTS

Defendants breached their fiduciary responsibility, committed forgery, fraud, tampered with electronic records and are in violation of the stated statutes and being a pro se litigant without the

necessary tools a corporate structure as great and mighty as US Bancorp the plaintiff feels that he there is not equal access to justice in this country.

THE PLAINTIFF FURTHER REQUEST PERMISSION TO PROCEED WITHOUT PREPAYING COURT FEES AND BE ABLE TO USE THE PACER SYSTEM TO RESEARCH AND VIEW AND ALL CASES RELATED TO DEFENDANTS AND STATUTORY AGAENTS.

PLAINTIFF HAS SUFFERED TREMENDOUSLY FOR THE TIME THESE DEFENDANTS HAVE ENJOYED THE LIFE OF LUXURY, EXOTIC VEHICLES, HOMES, JOBS THAT PAY WELL, PLAINTIFF CANNOT EXPLAIN IN WORDS THE PAIN AND STRIFE CAUSED BY THE DEFENDANTS AND LACK OF QUALITY CONTROL AND OVERSIGHT IN THE INDUSTRY DESIGNED TO REWARD DISHONEST ACTS AND REWARD IMMORAL BEHAVIOR. THE DEFENDANTS NEED TO BE RESTRAINED AND AN EMEMERGENCY ORDER OF INJUNCTION SHOULD BE ISSUED TO RESTRAIN THE SAID DEFENDANTS FROM FURTHER VIOLATIONS.

Defendents should be enjoined

PRAYER FOR RELIEF

With the evidence presented and in the interests of justice the plaintiff requests an order for summary judgement in his complaint in favor of plaintiff and a monetary award in the amount of $21,000,000.00 WITH 7,500,000.00 USED FOR HIS PERSONAL USE AND THE REMAINDER TO OPEN ORPHANAGES FOR CHILDREN WHO DO NOT HAVE PARENTS.

THE PLAINTIFF REQUESTS THE REMAINDER OF THE FINE COLLECTED BY THE CFPB BE USED FOR AN AGENCY STARTUP TO OVERSEE SOME ASPECT OF OUR CHILD WELFARE SYSTEM IN ARIZONA AS THERE CURRENTLY IS ZERO!

PLAINTIFF BELIEVES THAT THIS IS A QUICK REMEDY AND BEING THAT THERE IS A CIVIL PENALTY FUND DESIGNED FOR VICTIMS LIKE ME UNDER THE **Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010** established a CFPB Civil Penalty Fund. If a person or company violates a federal consumer financial protection law, the Bureau can bring an enforcement action against them, which could result in the person or company having to pay a civil penalty.

AND A PLAINTIFF HARMED MAY BRING SUIT FOR DAMAGES

PLAINTIFF REQUESTS A new identity issued by the United States government.

Respectfully submitted by Justin robert allen 12/16/2022

*[signature]* 12-16-22   Justin R. Allen